| | |
|---|---|
| 1 | Anoush Hakimi (SBN 228858) |
| 2 | anoush@handslawgroup.com<br>Peter Shahriari (SBN 237074) |
| 3 | peter@handslawgroup.com |
| 4 | Lauren Davis (SBN 294115)<br>lauren@handslawgroup.com |
| 5 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI** |
| 6 | 1800 Vine Street,<br>Los Angeles, CA 90028 |
| 7 | Telephone: (888) 635-2250 |
| 8 | Facsimile: (213) 402-2170 |
| 9 | Attorneys for Plaintiff |
| 10 | **CHARLES TAYLOR** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES TAYLOR, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>947 LLC, a California limited liability<br><br>company; and DOES 1-10,<br><br>    Defendants. | Case No.: 5:21-cv-01071-JWH-SHK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. John W. Holcomb<br>Trial Date: December 12, 2022 |

    The Parties hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case, and the Parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed.

DATED: November 14, 2022   **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Lauren Davis
Lauren Davis, Esq.
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Charles Taylor

DATED: November 14, 2022   **LAW OFFICES OF STEPHEN ABRAHAM**

By: /s/Stephen E. Abraham
Stephen E. Abraham, Esq.
Attorney for Defendant, 947 LLC

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

/s/Lauren Davis
By: Lauren Davis
Attorney for Plaintiff, Charles Taylor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT