JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TAYLOR, an individual, | Case No.: 5:21-cv-01071-JWH-SHK |
| Plaintiff, | *Hon. John W. Holcomb* |
| v. | |
| 947 LLC, a California limited liability company; LAUNDRY EXPRESS, a business of unknown form; and DOES 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE**<br>Action Filed: June 24, 2021 |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court, having considered the documents before it, and being fully advised, hereby **ORDERS** as follows:

**1.** Plaintiff Charles Taylor's action against Defendant, 947 LLC, a California limited liability company, and Defendant, Laundry Express, a business of unknown form, is **DISMISSED with prejudice**.

**2.** Each party will be responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 2, 2023

*Hon. John W. Holcomb*
United States District Judge